IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| FRANCISCO B. BURILA, JR., | )<br>)<br>) |
| Plaintiff | )<br>)<br>) |
| V. | )<br>) No.: 2:21-cv-00332-GZS |
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA | )<br>)<br>) |
| Defendant | )<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned case is hereby dismissed with prejudice and without costs or attorney's fees to any party.

DATE: __4/5/22_____    ___/s/ Maria Fox_____
Maria Fox, Bar No. 9957
Attorney for the Plaintiff
Murray, Plumb & Murray
75 Pearl Street, PO Box 9785
Portland, ME 04104-5085
(207) 699 3306
mfox@mpmlaw.com

DATE: ___4/5/22_____    ___/s/ Byrne Decker_____
Byrne J. Decker, Bar No. 8312
Attorney for the Defendant
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Two Monument Square, Suite 703
Portland, ME 04101
(207) 387-2957
byrne.decker@ogletree.com

# **CERTIFICATE OF SERVICE**

    I, Maria Fox, Esq., attorney for Plaintiff, hereby certify that:

    STIPULATION OF DISMISSAL WITH PREJUDICE

has been served this day on Defendant by filing with the Clerk of Court using the CM/ECF system, which will effect service on me and all other registered counsel for parties of record.

    Dated at Portland, Maine, this 5th day of April, 2022.

                                       /s/ Maria Fox  
                                       Maria Fox, Bar No. 9957  
                                       Attorney for the Plaintiff  
                                       (207) 699 3306  
                                       mfox@mpmlaw.com

Murray, Plumb & Murray  
75 Pearl Street, PO Box 9785  
Portland, ME 04104-5085